IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DISABLED IN ACTION OF PENNSYLVANIA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY** | : | |
| | : | |
| Defendant | : | 03-CV-1577 |

## ORDER

**AND NOW**, this 11th day of September, 2009, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 155), Defendant's Response thereto (Docket No. 162), Plaintiff's Reply (Docket No. 166, 168), Defendant's Motion for Summary Judgment (Docket No. 163), Plaintiff's Response thereto (Docket No. 167), and following oral argument on June 19, 2009, **IT IS HEREBY ORDERED** that Plaintiff's Motion (Docket No. 155) is **GRANTED** and Defendant's Motion (Docket No. 163) is **DENIED**.  SEPTA shall, no later than October 30, 2009 submit to the Court, with a copy to Plaintiff's counsel, a proposed schedule of compliance with this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE